ORIGINAL

**FILED**

09/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0187

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 21-0187

_____

FILED

SEP 02 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE COMMISSION
ON PRACTICE

O R D E R

_____

    The Office of Disciplinary Counsel (ODC) has moved for leave to file under seal the Petition to Move Incapacitated Attorney to Disability/Inactive Status in its File No. 22-172, that seeks to place attorney Abigail St. Lawrence on disability/inactive status and stay all disciplinary proceedings. ODC alleges that its petition contains confidential medical information and pertains to a disciplinary matter in an investigatory stage for which no formal complaint has been filed.

    Upon consideration of ODC's motion and exhibits thereto, we agree that this petition may be filed under seal.

    IT IS THEREFORE ORDERED that Petitioner's Motion to Seal is GRANTED.

    IT IS FURTHER ORDERED that the Clerk of this Court shall file ODC's Petition to Move Incapacitated Attorney to Disability/Inactive Status under seal.

    The Clerk is directed to provide a copy of this Order to all parties of record.

    DATED this 2nd day of September, 2022.

For the Court,

By _____
Chief Justice